# EXHIBIT 2



# Law Office of the
# COOK COUNTY PUBLIC DEFENDER

69 W Washington, Suite 1600, Chicago, IL 60602 • (312) 603-0600
Sharone R. Mitchell, Jr. • Public Defender

October 20, 2023

Assistant Public Defender Debra Gassman
Law Office of the Cook County Public Defender
Skokie Courthouse
5600 Old Orchard Road
Skokie, Illinois, 60077

Dear Attorney Gassman,

On Friday, October 13, 2023, management of the Law Office of the Cook County Public Defender learned of the presence of a picture of yourself holding what appears to be a firearm. The picture reported to be in public view of others who work at the Skokie Courthouse.

The Law Office is committed to creating a work environment free from violence or threats of violence, as per Cook County's Workplace Violence Policy, to which all employees must adhere. Displays of firearms can be perceived as threatening and therefore is, inconsistent with this policy. The policy can be found at Section 6-2-6 of the Cook County Public Defender Employee Manual.

While there is no evidence that you acted with malice, the posting of a picture of an employee holding a firearm inappropriate for the workplace. Please remove any firearm related picture from public view. In the future, we ask that you consider how others could interpret your actions as we all work to adhere to the Cook County Workplace Violence Policy.

We understand that tragic world events likely motivated this display and may have compromised your judgment. We have considered this in our decision not to pursue any disciplinary action at this time.

As you may know, the Law Office has partnered with Magellan to offer you and your household members a variety of resources and support services that are confidential and available 24/7/365. More information on the services provided can be found here: www.MagellanAscend.com.


Respectfully,

*Sharone Mitchell, Jr.*

Sharone R. Mitchell, Jr.
Cook County Public Defender

Law Office of the Cook County Public Defender 

