# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Debra Gassman
                        Plaintiff,

v.                                                Case No.: 1:24−cv−01279
                                                       Honorable Joan H. Lefkow

Cook County, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2025:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held. As stated on the record, the motion for order [34] is granted. Parties are to submit a proposed scheduling order by 5/5/2025. The status hearing set for 5/14/2025 is stricken and reset to 7/2/2025 at 9:30 a.m. in courtroom 2201. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.