IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBRA GASSMAN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 24 cv 01279 |
| COOK COUNTY and SHARONE R. ) | |
| MITCHELL, JR., solely in his ) | Honorable Judge Joan H. Lefkow |
| Official Capacity as the PUBLIC ) | |
| DEFENDER OF COOK COUNTY, ) | |
| ) | |
|    Defendants. ) | |
| ) | |

**SCHEDULING ORDER**

     The parties, having held a scheduling conference attended by David Fish for the plaintiffs and Charles T. Little for the defendants, as required by Fed. R. Civ. P. 26(f), submit the following proposed scheduling order:

(A)  Both Parties believe that a settlement conference would be productive.  However, Defendants have requested a demand from Plaintiff and cannot agree to participate in a settlement conference without it.

After Court on April 30, 2025, Plaintiff stated he needed the communications, documents and complaints relating to the removal and confiscation of the photograph to evaluate a settlement demand.  Those documents were requested formally 30 days ago (through a document request). In that conversation, Defendants' counsel indicated that there are not very many responsive documents in this vein. Plaintiff anticipates he will be able to make a prompt demand upon receipt of the documents.

The Parties agree that Plaintiff  will make a prompt demand (within 2-3 weeks) upon receipt of the requested documents  and the exchange of the Parties' Rule 26a disclosures, which should include the document Plaintiff requested orally on April 30, 2025.

(B) The parties shall submit a protective order by <u>May 9, 2025</u>. The parties shall have until <u>May 23, 2025</u> to make Rule 26(a)(1) disclosures. The parties shall respond to written discovery, which both parties have already issued, by <u>June 13, 2025</u>.

(C) Amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by <u>July 11, 2025</u>. Amendments thereafter may be made only on motion for good cause shown.

(D) Non-expert discovery will close on <u>December 31, 2025</u>.

(E) The Parties do not anticipate expert witnesses.

**Dispositive Motions**

Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of the case. A status hearing will be set on a date determined by the court, approximately two weeks before the close of discovery. At this time, the parties will report on any outstanding discovery issues, as well on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment. Also at this status hearing, the court will set a schedule for disposition of the case, including trial dates.

**Consent to Proceed Before a Magistrate Judge**
The parties **do not consent** to have their case proceed before a magistrate judge.

ENTER:

Date: May 6, 2025

_____
JOAN HUMPHREY LEFKOW
U.S. District Judge