# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Debra Gassman
                      Plaintiff,

v.                                         Case No.: 1:24−cv−01279
                                                        Honorable Joan H. Lefkow

Cook County, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Telephonic motion hearing held 9/10/2025 on Defendant Motion to Quash Plaintiff's Subpoenas [Dkt. 44] and on Nabeela Ahmed's Partial Motion to Quash Subpoena [Dkt. 52]. Non−party movant Nabeela Ahmed's oral motion for leave to file a reply brief is granted and shall be filed by 9/17/2025. ]. Non−party movant Nabeela Ahmed's oral motion to receive copies of the discovery in this case is denied. The Court plans to rule expeditiously via CM/ECF. The Court will set a date for an updated joint status report at the time it rules on Defendant's Motion to Quash Plaintiff's Subpoenas [Dkt. 44] and on Nabeela Ahmed's Partial Motion to Quash Subpoena [Dkt. 52]. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.