**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Debra Gassman

                Plaintiff,

v.

                                    Case No.: 1:24–cv–01279
                                    Honorable Joan H. Lefkow

Cook County, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 6, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: Defendants' motion to reconsider page and fact limits [104] is granted. This case raises principally issues of law. The material facts do not appear to be in dispute. Plaintiff is given until 4/14/2026 to file a revised statement of material facts and memorandum of law adhering to the local rules. Defendants' motion to revise the briefing schedule is granted as follows: Defendants shall file their response to plaintiff's motion for summary judgment (MSJ) and his cross–MSJ by 6/5/2026. Plaintiff's response to defendant's cross–MSJ and reply in support of plaintiff's MSJ shall be filed by 7/10/2026. Defendants' reply in support of their cross–MSJ shall be filed by 7/31/2026. Plaintiff is directed to report to the Magistrate Judge her settlement position by 4/10/2026. As the District Judge has repeatedly stated, this case can and should be settled. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.