**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Debra Gassman

                    Plaintiff,

v.                                                          Case No.: 1:24−cv−01279
                                                            Honorable Joan H. Lefkow

Cook County, et al.

                    Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 13, 2026:

        MINUTE entry before the Honorable Joan H. Lefkow: Agreed motion to seal and modify schedule [124] is granted. The Court grants documents Dkt. Nos. 107−3 and 113−4 to be filed under seal. Defendant is granted leave to provisionally refile this deposition transcript with confidential testimony redacted. The Court modifies the briefing schedule (Dkt. 115) to allow Plaintiff to file an Omnibus Response and Reply for a total of 25 pages and re−setting the deadlines to the Court's later order (Dkt. 123). Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.